JS-6

Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Christopher Rios, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Christopher Rios, individually and on behalf of all others similarly situated,<br><br>Defendant. | Case No. 2:19-CV-07751-CBM-AGRx<br><br>**The Hon. Consuelo B. Marshall**<br>ORDER FOR CASE DISMISSAL WITH PREJUDICE<br><br>Complaint Filed: 9/6/2019 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the parties dismissed with prejudice with each party to bear their respective costs and fees.

BY THE COURT:

DATE: June 9, 2020

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE